# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV13-5320  SH | Date | December 3, 2013 |
|---|---|---|---|
| Title | BWP Media USA Inc v. Love From Australia LLC | | |

| Present: The Honorable | Stephen J. Hillman, U.S. Magistrate Judge |
|---|---|

| Sandra Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     ( IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION

The Court, on its own motion, orders Plaintiff to show cause in writing no later than December 10, 2013, why this action should not be dismissed for lack of prosecution. In the absence of showing good cause, an action shall be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint pursuant Fed.R.Civ.P.4(m). An action may be dismissed prior to such time if the Plaintiff fails diligently to prosecute the action.  The Order to Show Cause will stand submitted upon filing of an appropriate response.  No oral argument will be heard unless otherwise ordered by Court.

Counsel/Plaintiff is advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof of service, which indicates proper service in full compliance with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | slb |