LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-05320 BRO (CWx) | Date | July 10, 2014 |
|---|---|---|---|
| Title | BWP MEDIA USA INC. v. LOVE FROM AUSTRALIA LLC | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Julieta Lozano | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE

On July 22, 2013, Plaintiff BWP Media USA Inc. filed a complaint for copyright infringement. (Dkt. No. 1.)  After several failed attempts at serving Defendant, Plaintiff requested permission to serve the Secretary of State of the State of California. (Dkt. No. 14.)  The Court granted permission. (Dkt. No. 17.)  Plaintiff served the Secretary of State on January 21, 2014. (Dkt. No. 19.)  Defendant has yet to appear in this action. Consequently, Plaintiff obtained a default against Defendant and now moves for default judgment. (Dkt. No. 23.)

Local Rule 55 regards default judgment.  Particularly, Local Rule 55-1 requires a plaintiff seeking default judgment to file a declaration setting forth five things: (1) "When and against what party the default was entered"; (2) "The identification of the pleading to which default was entered"; (3) "Whether the defaulting party is an infant or incompetent person, and if so, whether the person is represented by a general guardian, committee, conservator or other representative"; (4) "That the Servicemembers Civil Relief Act (50 U.S.C. App. § 521 does not apply"; and (5) "That notice has been served on the defaulting party, if required by F.R.Civ.P. 55(b)(2)."  C.D. Cal. L.R. 55-1.

In his declaration, plaintiff counsel Craig Sanders fails to directly set forth the information required under Local Rule 55-1.  The Court acknowledges that it can infer some of the information.  But two obvious omissions from his declaration are the local rule's third and fourth requirements.  The Court cannot properly assess whether to grant default judgment without this information in the form of a declaration.

LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 13-05320 BRO (CWx)** | Date | July 10, 2014 |
|---|---|---|---|
| Title | **BWP MEDIA USA INC. v. LOVE FROM AUSTRALIA LLC** | | |

Accordingly, Plaintiff is ORDERED to lodge a declaration in accordance with Local Rule 55-1 **no later than Friday, July 11, 2014, at 9:00 a.m.**

**IT IS SO ORDERED.**                                                                    :

                                                       Initials of Preparer         jloz